UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and ALLSTATE INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>  v.<br><br>EDITH LENERTZ and JOHN LENERTZ, individually and the marital community comprised thereof, KELLY RIGHT REAL ESTATE OF SPOKANE, LLC, a Washington Limited Liability Corporation, KAYLEN STROYAN and JANE DOE STROYAN, individually and the marital community comprised thereof, and CHAD CARSON and RENEE WEBBER, individuals,<br><br>            Defendants. | NO: 2:20-CV-0042-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiffs' Motion to Dismiss without Prejudice and without Costs to any Party. ECF No. 27. The motion was submitted for consideration without oral argument. No opposition to the motion has been filed.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Having reviewed the file and the records therein, the Court is fully informed. Plaintiffs request to dismiss the complaint in this action without prejudice and without costs to any party. In support of the motion, Plaintiffs explain that the underlying lawsuit in Spokane County Superior Court (*Chad Carson, et. al. v. Edith Lenertz, et. ux. and et. al.*) has been settled rendering this action "moot in regard to the coverage issues presented by that underlying suit." ECF No. 28 at 2.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(2), Plaintiffs' motion is granted and this action is **DISMISSED** without prejudice and without costs to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 19, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2